IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| MARCUS RAY HARRELSON, § | |
| § | |
| *Plaintiff,* § | |
| § | CIVIL ACTION No. 9:13-cv-111 |
| v. § | |
| § | JUDGE RON CLARK |
| LUFKIN INDUSTRIES, INC., § | |
| § | |
| *Defendant.* § | |

**FINAL JUDGMENT**

This Final Judgment is entered pursuant to Federal Rule of Civil Procedure 58 and the court's November 17, 2014 order granting Defendant Lufkin Industries, Inc.'s motion for summary judgment. (Dkt. # 48).

IT IS ORDERED that Plaintiff Marcus Ray Harrelson shall TAKE NOTHING of and from his claims against Defendant Lufkin Industries, Inc. Costs are taxed to Plaintiff Marcus Ray Harrelson. All relief not specifically granted herein is DENIED.

IT IS FURTHER ORDERED that all pending motions are hereby DENIED AS MOOT. This is a final judgment, which disposes of all claims and causes of action, and is appealable.

So **ORDERED** and **SIGNED** this **1** day of **December, 2014.**

_____
Ron Clark, United States District Judge